

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08cv2939
JUDGE SHADUR
MAG. JUDGE NOLAN

In the Matter of

State Farm mutual automobil Ins Co.

Jerry Godley and the U.S Postal Service

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

State Farm Mutual automobile Ins Co

**FILED**
J.N
MAY 2 1 2008   MAY 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | |
|---|---|
| FIRM | Steven Gertler and assoc. |
| STREET ADDRESS | 415 N. Lasalle St, Ste 402 |
| CITY/STATE/ZIP | Chicago IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 42422 | TELEPHONE NUMBER (312) 781-6868 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐